UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-126-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | MOTION FOR A DOWNWARD VARIANCE |
| | ) | |
| KEYONA TENEA SHEARS, | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Keyona Tenea Shears (Keyona), by and through undersigned counsel, and hereby files this Motion for Downward Variance pursuant to 18 U.S.C. § 3553(a)(1-7). As grounds in support of this Motion, the undersigned respectfully herein incorporates the arguments asserted in the Sentencing Memorandum filed just after this Motion.

Respectfully submitted 28th December 2015.

**GREENE & WILSON, P.A.**

/s/ Thomas R. Wilson
THOMAS RESTON WILSON
P.O. Box 1676
New Bern, NC 28563
t: (252)634-9400
f: (252)634-3464
twilson@greenewilson.com
N.C. State Bar No.: 31876
**CJA Panel- Appointed**

# CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action electronically as indicated to counsel for said parties, this 28th day of December, 2015.

Jason Kellhofer, AUSA (via CM/ECF)

**GREENE & WILSON, P.A.**

/s/ Thomas R. Wilson
THOMAS RESTON WILSON
P.O. Box 1676
New Bern, NC  28563
t: (252)634-9400
f: (252)634-3464
twilson@greenewilson.com
N.C. State Bar No.: 31876
**CJA Panel- Appointed**