UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-126-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEYONA TENEA SHEARS | ORDER |

On motion by AVIN MARSALIS BROWN, and for good cause shown, it is hereby ORDERED that Avin Marsalis Brown and his legal counsel and agents be granted access to or copies of the Defendant's Memorandum in Support of Motion for Downward Variance, [DE 49], and the Offense Conduct section of the Defendant's Pre-Sentence Report ("PSR"), [DE 53].

The Court ORDERS Mr. Brown's access to the documents be subject to the following conditions:

[X] Mr. Brown and/or his attorneys of record shall not further disseminate these documents to any individuals, organizations or other entities, other than members of the legal staff of his legal counsel, including any expert acting in this matter at the request and direction of defense counsel.

[X] The Court's in camera review of the documents, with appropriate redaction to protect the Defendant's personal information including but not limited to Defendant's personal identifying information, medical/mental health history, or other sensitive personal information, as determined by the Court.

[X] Mr. Brown shall move to seal his own court filings, if any, should they refer to any information derived from the Defendant's Memorandum in Support or PSR.

IT IS SO ORDERED.

This the  10th  day of February, 2016.

_____
LOUISE WOOD FLANAGAN
United States District Judge