5:14-cr-126

November 20, 2019

Keyona T. Shears

4426 Hillsgrove Road

Wake Forest, NC, 27587



FILED
NOV 21 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Honorable Judge Louise Flanagan

Re: Motion to Request Early Termination of Probation

Dear Honorable Judge Flanagan,

I am requesting an early termination of probation. Within the first year of supervision, I provided clean urine samples and completed 100 hours of community service. I have completed two years of supervision thus far. My relationship with USPO Arthur Campbell has been positive and I am very communicative with him about what is going on in my life.

Since being on probation I have kept a balance of employment and volunteering in my community. In February, I achieved one year of employment at Maverick Solutions LLC. I have been promoted two times within 8 months of employment and have continued to show a strong work ethic and rapport with my managers. On the weekends I actively volunteer with the youth. I mentor, listen, and guide young women into making better decisions as well as removing themselves from potential toxic individuals and situations.

I have continued to abstain from all things/persons associated with the topic matter of my charge.

To further expound upon my character, I have attached character letters with the hope that you will discern that I am deserving of early termination of probation.

Thank you for your time and attention.

Sincerely,

Keyona T. Shears